UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>EMILIO HERRERA,<br><br>            Defendant. | No. CR-08-2111-FVS<br><br>ORDER OF DISMISSAL |

**IT IS HEREBY ORDERED:**

The government's oral motion to dismiss the Indictment is **GRANTED.**

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this  13th    day of April, 2009.

                          s/ Fred Van Sickle
                          Fred Van Sickle
                Senior United States District Judge

ORDER OF DISMISSAL - 1